PEOPLES BROADCASTING CORPORATION, Appellant, *v.* GEORGE BATTEN COMPANY, INC., Respondent.

(Argued November 19, 1931; decided December 4, 1931.)

*Wayne M. Musgrave* and *Jeremiah A. O'Leary* for appellant.

*Jeremiah T. Mahoney, Harry J. Sondheim* and *Edgar B. Bronson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.